IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**FREDRICK GREEN**, *as the natural father and next friend of D.G., a minor*                                    **PLAINTIFF**

**v.**                                    **Civil No. 3:23-cv-308-BWR**

**KILOLO KIJAKAZI,** *Acting Commissioner of Social Security Administration*                                    **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date,

**IT IS ORDERED** that judgment is rendered in favor of Defendant, and this civil action is dismissed with prejudice.

**SO ORDERED**, this the 21st day of May, 2024.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE